MUBASHIR MAQBOOL      *      NO. 2025-CA-0221

VERSUS      *      COURT OF APPEAL

CIVIL SERVICE COMMISSION      *      FOURTH CIRCUIT

     *      STATE OF LOUISIANA

     *

     *

* * * * * * *

**DYSART, J., DISSENTS AND ASSIGNS REASONS**

I respectfully dissent from the majority's decision and would affirm the ruling of the Civil Service Commission. Here, the Personnel Director of the Commission opposed the retroactive pay increase. Rule IV, section 2.7 requires that the S&WB request extraordinary pay at the time of the appointment. This was not done. When requested by the Personnel Director to substantiate the S&WB's intent in December 2021 for the increase, neither Mr. Maqbool or the S&WB could provide any such contemporaneous documentation. Since the plaintiff's classification was a multiple position classification, the Rule required that the staff review the qualifications of every employee in that classification to determine whether their experience would qualify them for Special rate of pay. The Commission deferred appellant's request so that he and the S&WB could provide documentation of the extraordinary qualifications. They were unable to do so and noted such at the following meeting. Failing to provide evidence and documentation of the extraordinary qualifications, I feel the Commission was correct in denying the request for retroactive pay and its decision should be affirmed.